UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEBORAH KAYE BANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 17-05535-JDE<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation for Award of EAJA Fees [Dkt. 24], and good cause appearing therefor,

    IT IS ORDERED that EAJA fees in the amount of THREE THOUSAND SEVEN HUNDRED TWENTY and 00/100 DOLLARS ($3,720.00) be paid to Counsel for Plaintiff subject to the terms of the above-referenced Stipulation.

Dated: April 17, 2018

_____
JOHN D. EARLY
United States Magistrate Judge